541 A.2d 730

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Sharon Ann ZUBEY, Respondent.**

Supreme Court of Pennsylvania.

April 19, 1988.

**ORDER**

Prior Report: 359 Pa.Super. 631, 515 A.2d 620.

PER CURIAM.

The Commonwealth's petition for allowance of appeal is granted. The order of Superior Court is reversed, and the case is remanded to the Court of Common Pleas of Carbon County for reinstatement of the complaint against respon-

102

dent. *See Commonwealth v. Revtai,* 516 Pa. 53, 532 A.2d 1 (1987).

STOUT J., did not participate in the decision or consideration of this case.